UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.

JERRY D. HILTIBIDAL,

    Defendant.

Case Number: 06 CR 40019-002 JPG

## ORDER

THIS MATTER is before the Court on defendant Jerry D. Hiltibidal's Motion for Early Termination of Supervised Release (Doc. 1202) and the Court having been fully advised in the premises finds that the Motion is hereby granted and that defendant Hiltibidal's term of supervised release should be terminated as of the date of this Order.

IT IS SO ORDERED.

Dated: June 11, 2019

                                              s/J. Phil Gilbert
                                              J. PHIL GILBERT
                                              U.S. DISTRICT JUDGE